147 A.3d 444

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v. T.V.W., DEFENDANT-PETITIONER, AND M.A. AND A.S., DEFENDANTS.IN THE MATTER OF THE GUARDIANSHIP OF A.N.T.S. AND A.N.A., MINORS-RESPONDENTS.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-3002/3070/3071-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.